MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
JENNIFER M. FONTAINE (SBN 258901)
jfontaine@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant CARMINA DURAN

MARK A. RADI (*Pro Hac Vice*)
mradi@sokoloffstern.com
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
Telephone: 516-334-4500
Facsimile: 516-334-4501

Janis Law Group
Dean T. Janis
dean.janis@janislaw.net
550 West C Street, Suite 1155
San Diego, CA 92101
Telephone: 619-814-3525
Facsimile: 619-955-5318

Attorneys for Plaintiff MICHAEL GURRIERI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GURRIERI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARMINA DURAN, an individual, ANDRA DONOVAN, an individual, and CINDY MARTEN, an individual, in their individual capacities,<br><br>Defendants. | Case No. 15CV1674 W BLM<br><br>**JOINT REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Judge: Hon. Thomas J. Whelan<br>Mag. Judge: Hon. Barbara L. Major<br>Trial Date: Not set |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Carmina Duran ("Defendant") and Michael Gurrieri ("Plaintiff") file this Request for Dismissal of the Complaint with prejudice, with no award of fees or costs to either party in this action. This request for dismissal is based on the parties settlement of the related case, *Michael Gurrieri. v. San Diego Unified School District, et al.,* San Diego Superior Court Case No. 37-2015-00032595-CU-WT-CTL ("*Gurrieri*"), which resolved all disputes between the parties. Accordingly, the parties hereby jointly request that the action be dismissed, in its entirety, with prejudice.

Dated: May 8, 2019        PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Michael C. Sullivan*
MICHAEL C. SULLIVAN
JENNIFER M. FONTAINE
Attorneys for Defendant CARMINA DURAN

Dated: May 8, 2019        SOKOLOFF STERN LLP

By: */s/ Mark A. Radi*
MARK A. RADI
Attorneys for Plaintiff MICHAEL GURRIERI

Dated: May 8, 2019        JANIS LAW GROUP, APC

By: */s/ Dean T. Janis*
DEAN T. JANIS
Attorneys for Plaintiff MICHAEL GURRIERI

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark A. Radi and Dean Janis, counsel for Plaintiff Michael Gurrieri and that I have obtained the authorization of Mr. Radi and Mr. Janis to affix their electronic signatures to this document.

Dated: May 8, 2019         PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:     */s/ Michael C. Sullivan*
MICHAEL C. SULLIVAN
JENNIFER M. FONTAINE
Attorneys for Defendant CARMINA DURAN