# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GURRIERI,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CARMINA DURAN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  15-CV-1674 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 94]** |

　　　Parties have filed a joint motion to dismiss with prejudice.  [Doc. 94.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, parties will bear their own costs and attorneys' fees.

　　　**IT IS SO ORDERED.**

Dated:  May 8, 2019

_____
Hon. Thomas J. Whelan
United States District Judge